IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PAUL E. MASHBURN, JR.,
REG. #76720                                                                                    PETITIONER

v.                                              5:05CV00305GH

LARRY NORRIS                                                                                RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order filed in this matter on this date, it is Considered, Ordered and Adjudged that Petitioner's complaint against Respondent is hereby DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 14th day of December, 2005.

_____
United States District Judge