IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PAUL E. MASHBURN, JR.
ADC #76720                                                                    PETITIONER

v.                              5:05CV00305 GH/HDY

LARRY NORRIS                                                                  RESPONDENT

## ORDER

Petitioner's motion for reconsideration of the December 14, 2005 Order and Judgment dismissing this action (DE #8) is hereby GRANTED. This action is now re-opened.

Permission is granted to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (DE #4).

The clerk will serve a copy of the petition, and this Order on the respondent and the Attorney General by regular mail.

The respondent will file an answer, motion or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty (20) days after service of this petition, exclusive of the day of service.

The motion for certificate of appealability of probable cause (DE #9) is hereby DENIED as moot.

IT IS SO ORDERED this 12th day of January, 2006.

_____
United States District Judge